IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| | : | |
| v. | : | |
| | : | |
| JAMES MICKENS | : | No. 12-616-4 |

### ORDER

AND NOW, this 10th day of March, 2022, upon consideration of James Mickens's Motion for Sentence Reduction Under 18 U.S.C. § 3582(c)(1)(A) (Doc. No. 757), the Government's response in opposition (Doc. No. 759), Mr. Mickens's reply (Doc. No. 764), and Mr. Mickens's request for appointment of counsel (Doc. No. 763), it is **ORDERED** that the Motion (Doc. No. 757) and request for appointment of counsel (Doc. No. 763) are **DENIED** for the reasons set forth in the accompanying Memorandum.

BY THE COURT:

/s/ Gene E.K. Pratter
GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE